IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| THOMAS DELOY WINNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VERSUS | ) | DOCKET NO. 2:12-CV-00087 |
| | ) | |
| PUTNAM COUNTY, TENNESSEE; | ) | |
| DAVID ANDREWS, in his individual | ) | |
| and official capacity as Sheriff of | ) | |
| Putnam County, Tennessee; | ) | |
| TIM DAVIS, individually and in his | ) | |
| Official capacity as Jail Administrator; | ) | |
| JIMMY PATTERSON, individually | ) | |
| and in his official capacity as Jail | ) | |
| Administrator; | ) | |
| SGT. JERIMIAH SELLS, individually | ) | |
| and in official capacity; LT. ZACK | ) | |
| MAXWELL, individually and in | ) | |
| official capacity; JOSHUA | ) | |
| NORTHERN, individually and in | ) | |
| official capacity; KATHERINE CAVES | ) | |
| individually and in official capacity; | ) | |
| JUSTIN BELL, individually and in | ) | |
| official capacity; MICHAEL HICKS, | ) | |
| individually and in official capacity; | ) | |
| SGT. TERESA EVERARD, individually | ) | |
| and in official capacity; | ) | |
| CPL. LONNIE BARNETT, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

Upon Motion of the parties pursuant to Rule 41 of the Federal Rules of Civil

Procedure, this case is dismissed without prejudice and no costs will be taxed.

It is so ORDERED.


Entered this the 46yj "fc{"qh"Lcpwct{."42350

                                           _____
                                           UNITED STATES DISTRICT JUDGE


APPROVED FOR ENTRY:

MOORE, RADER
& FITZPATRICK, P.C.

By s/Daniel H. Rader, III B.P.R. No.002835
      DANIEL H. RADER, III
      Attorneys for Defendants
      P. O. Box 3347
      Cookeville, TN  38502
      931-526-3311


By s/John Philip Parsons, B.P.R. No. 011636
      JOHN PHILIP PARSONS
      Attorney for Plaintiff
      417 East Broad Street
      Cookeville, TN 38501
      931-372-7273

WIMBERLY LAWSON WRIGHT
DAVES & JONES, PLLC

BY s/Jeffrey G. Jones, B.P.R. No. 012690
      JEFFREY G. JONES
      Attorneys for Defendant,
      Putnam County
      1420 Neal Street, Suite 201
      Cookeville, TN 38501
      931-372-9123

BY s/Ginger Wilson Buchanan, B.P.R. No. 017620
    GINGER WILSON BUCHANAN
    Attorney for Defendants,
    Johnny Bates, M.D. and
    Kelly Loftis
    2221 N. Ocoee Street
    Cleveland, TN 37364
    423-614-4035